

# NUMBER 13-15-00335-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SUNDIAL OWNER'S ASSOCIATION, INC.,                       **Appellant,**

**v.**

NUECES COUNTY APPRAISAL DISTRICT,                     **Appellee.**

## On appeal from the 214th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Sundial Owner's Association, Inc., perfected an appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 2014-DCV-3264-F. This cause is before the Court on appellant's unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal and tax costs against the party incurring them.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of December, 2015.

2